**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

JEFFREY BEASLEY,

           Defendant.
_____/

Case:2:12-cr-20030
Judge: Tarnow, Arthur J.
MJ: Michelson, Laurie J.
Filed: 01-18-2012 At 01:18 PM
SEALED MATTER: USA V. SEALED MATTER (KB)

## MOTION TO SEAL THE INDICTMENT

THE UNITED STATES OF AMERICA requests the court to seal the Indictment and all attendant papers for the reason that disclosure of these documents may impede an ongoing criminal investigation.

Respectfully submitted,

Barbara L. McQuade
United States Attorney

DAVID A. GARDEY
Assistant United States Attorney
211 W. Fort #2001
Detroit, Michigan 48226
(313) 226-9591

Dated: January 18, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

v.

JEFFREY BEASLEY,

            Defendant(s).

_____/

Case:2:12-cr-20030
Judge: Tarnow, Arthur J.
MJ: Michelson, Laurie J.
Filed: 01-18-2012 At 01:18 PM
SEALED MATTER: USA V. SEALED MATTER
(KB)

## ORDER TO SEAL THE INDICTMENT

IT IS HEREBY ORDERED that the Indictment and all attendant papers be **SEALED**.

R. Steven Whalen
United States Magistrate Judge

Entered: 1/18/12