UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
CLERK'S OFFICE
FEB 2 8 2012
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,    No. 12-20030

-vs-          Hon. ARTHUR TARNOW

JEFFREY BEASLEY,

    Defendant.
_____/

## ORDER TO UNSEAL INDICTMENT AND ALL ATTENDANT PAPERS

This matter coming before the Court on the government's motion, for the reasons stated in the motion, the motion is granted, and it is hereby ordered that the Indictment and all attendant papers in this case be unsealed.

_____
HONORABLE MARK A. RANDON
United States Magistrate Judge

Date: February 28, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        No. 12-20030

-vs-        Hon. ARTHUR TARNOW

JEFFREY BEASLEY,

        Defendant.

_____/

FILED
CLERK'S OFF
FEB 28 2012
U.S. DISTRICT CO
EASTERN MICHIG

**GOVERNMENT'S MOTION AND SUPPORTING BRIEF
TO UNSEAL INDICTMENT AND ALL ATTENDANT PAPERS**

The United States of America hereby moves for an order unsealing the Indictment and all attendant papers in this case, and states:

1. The Indictment in this case charges the defendant, Jeffrey Beasley, with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and all attendant papers be unsealed because there is no longer a danger that the investigation would be impaired if the indictment and all attendant papers are unsealed.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and all attendant papers.

Respectfully submitted,

BARBARA L. MCQUADE
*United States Attorney*

/s/ Robert Cares

ROBERT CARES
*Assistant United States Attorney*
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3220
Phone: 313-226-9736
E-mail: Robert.Cares@usdoj.gov
Bar no.: P28888

Date: February 28, 2012