

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

CRIMINAL NO. 12-20030

HON. ARTHUR J. TARNOW

vs.

**D-1   JEFFREY BEASLEY**

Defendant.

_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, JEFFREY BEASLEY, Defendant in the above-captioned case, hereby acknowledge that I have received a copy of the Indictment, and that I read it and understood its contents before entering a plea to the charge contained therein. I know that if I plead guilty or am found guilty at trial, I can be sentenced as follows:

**As to Count 1:**

**Conspiracy to Commit Honest Services Mail and Wire Fraud - 18 U.S.C. § 1349**

Twenty years imprisonment and/or a $250,000.00 fine.

**As to Counts 2:**

**Interference with Commerce by Extortion - 18 U.S.C. § 1951**

Twenty years imprisonment and/or a $250,000.00 fine.

**As to Counts 3:**

**Interference with Commerce by Extortion - 18 U.S.C. § 1951**

Twenty years imprisonment and/or a $250,000.00 fine.

**As to Counts 4:**

**Interference with Commerce by Extortion - 18 U.S.C. § 1951**

Twenty years imprisonment and/or a $250,000.00 fine.

**As to Counts 5:**

**Interference with Commerce by Extortion - 18 U.S.C. § 1951**

Twenty years imprisonment and/or a $250,000.00 fine.

**As to Counts 6:**

**Attempted Interference with Commerce by Extortion - 18 U.S.C. § 1951**

Twenty years imprisonment and/or a $250,000.00 fine.

JEFFREY BEASLEY
Defendant

Dated: March 12, 2012

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for Defendant and that I have read a copy of the Standing Order for Discovery and Inspection, which requires all pretrial motions to be filed within 20 days of arraignment.

Walter P. Piszczatowski
Attorney for Defendant

Dated: March 12, 2012