UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff(s),

v.                                          Case No. 2:12−cr−20030−NGE−MKM
                                             Hon. Nancy G. Edmunds

Jeffrey Beasley,

                    Defendant(s).

_____

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: **Jeffrey Beasley**

The defendant(s) shall appear before the Honorable Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- PRETRIAL CONFERENCE: 4/17/12 at 11:00 AM

## Certification

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                                   By: s/ C. Hemeyer
                                                         Case Manager

Dated: March 26, 2012