UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    V.

Jeffrey Beasley,

    Defendant.
_____/

CRIMINAL NO. 12-20030
HON. NANCY G. EDMUNDS

### ORDER SETTING DATES AND FINDING OF EXCLUDABLE DELAY

This matter came before the Court at a hearing held on April 17, 2012, where Defendant appeared with his counsel and placed his waiver of Speedy Trial on the record. The Government and Defendant's counsel, after conferring with his client, agreed on the following dates:

    1. Substantive Motion Cut Off    **September 14, 2012**

    2. Trial:    **January 10, 2013 at 9:00 a.m.**

The Court also sets a **Pretrial Conference on August 23, 2012 at 2:00 p.m.** Defendant is not required to attend this conference.

At the conclusion of the hearing, the Court placed the following finding of excludable delay on the record.

The Court finds that the ends of justice are served by granting a continuance and that the continuance outweighs the best interests of the public and Defendant in a speedy trial. Due to the nature of the prosecution and the complexity of this case, it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself

within the time limits established by the Speedy Trial Act. Accordingly, for the reasons stated more fully on the record and because Defendant's right to due process and to effective assistance of counsel outweigh the public's and Defendant's interests in a speedy trial, this Court finds that the period of delay between April 17, 2012 and January 10, 2013 is excludable under 18 U.S.C. § 3161(h)(7)(A).

    SO ORDERED.

                      s/Nancy G. Edmunds
                      Nancy G. Edmunds
                      United States District Judge

Dated: April 20, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 20, 2012, by electronic and/or ordinary mail.

                      s/Carol A. Hemeyer
                      Case Manager