UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

CRIMINAL NO. 12-20030

HON. NANCY G. EDMUNDS

-vs-

D-1   JEFFREY BEASLEY,
      and
D-2   ROY DIXON,

    Defendants.
_____/



## MOTION AND ORDER TO SEAL FIRST SUPERSEDING INDICTMENT AND ALL ATTENDANT PAPERS

THE UNITED STATES OF AMERICA respectfully requests that the documents filed on this date, consisting of a First Superseding Indictment and all attendant papers, be sealed to avoid compromising an ongoing investigation.

WHEREFORE, the Government respectfully requests that the First Superseding Indictment and all attendant papers be sealed.

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney

_____
DAVID A. GARDEY (P48990)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9591
E-Mail: David.Gardey@usdoj.gov

Dated: August 1, 2012

**IT IS SO ORDERED.**

_____
HONORABLE LAURIE MICHELSON
United States Magistrate Judge

Dated: August 1, 2012