3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

CRIMINAL NO. 12-20030

vs.

HONORABLE NANCY G. EDMUNDS

D-6    GEORGE STANTON,          VIOLATION: 18 U.S.C. § 666(a)(1)(B)

     Defendant.
_____/

## SIXTH SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT 1

**18 U.S.C. § 666(a)(1)(B)**
**Acceptance of Bribes**

**D-6    GEORGE STANTON**

1. At all times relevant to this Information, the City of Detroit was a local government agency that received Federal assistance in excess of $10,000 during the calendar year 2007. During 2007, **GEORGE STANTON** was an agent of the City of Detroit serving as the Chief of Staff of a member of the Detroit City Council, who also served on the Board of Trustees of the Police and Fire Retirement System of the

City of Detroit.

2. During the course of the latter part of 2007, in the Eastern District of Michigan, Southern Division, the defendant, **GEORGE STANTON**, knowingly and corruptly accepted bribes from Roy Dixon in the form of $15,000 in cash, intending to be influenced and rewarded in connection with his official duties regarding a business, transaction, or series of transactions of the City of Detroit, involving $5,000 or more.

All in violation of Title 18, United States Code, Section 666(a)(1)(B).

**Barbara McQuade**
United States Attorney


s/Robert Cares
**Robert Cares**
Assistant United States Attorney


s/David A. Gardey
**David A. Gardey**
Assistant United States Attorney


Dated: July 9, 2013

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>12-20030 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008  [ ]

| **Companion Case Information** | Companion Case Number: 10-20403 |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: Nancy G. Edmunds |
| ☒ Yes    ☐ No | AUSA's Initials: _(signature)_ |

Case Title: USA v. D-6 GEORGE STANTON

County where offense occurred: Wayne

Check One:   ☒ Felony        ☐ Misdemeanor        ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/ ✓ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: 12-20030            Judge: Nancy G. Edmunds

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☒ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| GEORGE STANTON | 18 USC 666(a)(1)(B) | N/A |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

July 9, 2013
Date

DAVID A. GARDEY
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  313-226-9591
Fax:      313-226-3413
E-Mail address:  David.Gardey@usdoj.gov
Attorney Bar #:  P48990

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.                04/13