UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

CRIMINAL NO. 12-20030

HON. NANCY G. EDMUNDS

vs.

JEFFREY BEASLEY,
PAUL STEWART,
RONALD ZAJAC,

    Defendants.
_____/

## VERDICT FORM

WE, the Jury, after due deliberation, find the following unanimous verdict on the charges in the indictment:

Count One: Conspiracy to Commit Honest Services Mail/Wire Fraud through bribes and kickbacks

    Jeffrey Beasley
        Not Guilty _____   Guilty __X__
    Paul Stewart
        Not Guilty _____   Guilty __X__
    Ronald Zajac
        Not Guilty _____   Guilty __X__

Count Two: Interference with Commerce by Extortion under color of official right – Birthday party on or about January 26, 2007
   Jeffrey Beasley
      Not Guilty \_\_\_\_\_   Guilty __X__

Count Three: Interference with Commerce by Extortion under color of official right or by wrongful fear of economic harm – Cash from Robert Shumake at various times from in or about February 2007 until in or about 2008
   Jeffrey Beasley
      Not Guilty __X__   Guilty \_\_\_\_\_

Count Four: Interference with Commerce by Extortion under color of official right – Cash relating to Syncom investment at various times from January 18, 2007 until in or about March 2009
   Jeffrey Beasley
      Not Guilty \_\_\_\_\_   Guilty __X__

Count Five: Interference with Commerce by Extortion under color of official right— Travel and entertainment from Chauncey Mayfield in or about April 2007
   Jeffrey Beasley
      Not Guilty __X__   Guilty \_\_\_\_\_

Count Six: Attempted Interference with Commerce by Extortion under color of official right or by wrongful fear of economic harm – $15,000 from Steven Burns in or about August 2007
   Jeffrey Beasley
      Not Guilty __X__   Guilty \_\_\_\_\_

Count Seven: Acceptance of Bribe – Vacation to Turks and Caicos Islands in or about August 2007.

    Jeffrey Beasley

        Not Guilty \_\_\_\_\_   Guilty __X__

**s/Jury Foreperson**

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

                      Foreperson

Dated: DECEMBER 8, 2014