UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                   CASE NO. 12-20030

v.                              HON. NANCY G. EDMUNDS

D-1   JEFFREY BEASLEY,

      Defendant.
_____/

## STIPULATED PRELIMINARY ORDER OF FORFEITURE

Now comes Plaintiff, the United States of America, Barbara L. McQuade, United States Attorney, together with Julie A. Beck, Assistant U.S. Attorney, together with Defendant Jeffrey Beasley, individually as well as through his attorney, Walter J. Piszczatowski, Esq., and hereby submit this Stipulated Preliminary Order of Forfeiture:

WHEREAS, a Seventh Superseding Indictment was issued on April 16, 2014, which charged Defendant Jeffrey Beasley ("Defendant Beasley") with numerous violations of law, including: Conspiracy to Commit Honest Services Mail and Wire Fraud pursuant to 18 U.S.C. § 1349; Interference With Commerce by Extortion pursuant to 18 U.S.C. § 1951; Attempted Interference With Commerce by Extortion pursuant to 18 U.S.C. §1951; and Acceptance of Bribes pursuant to 18 U.S.C. § 666(a)(1)(B).  (*Dkt. # 190*).

WHEREAS, the Seventh Superseding Indictment contained Criminal Forfeiture Allegations providing notice to Defendant Beasley that upon conviction the United States intended to seek forfeiture of proceeds, or property traceable thereto, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

WHEREAS on December 8, 2014, after a trial, Defendant Beasley was found guilty by a jury of four violations, namely: Count One - Conspiracy to Commit Honest Services Mail and Wire Fraud pursuant to 18 U.S.C. § 1349, Count Two - Interference With Commerce by Extortion pursuant to 18 U.S.C. § 1951, Count Four - Interference With Commerce by Extortion pursuant to 18 U.S.C. § 1951, and Count Seven - Acceptance of Bribes pursuant to 18 U.S.C. § 666(a)(1)(B) of the Seventh Superseding Indictment.

WHEREAS, the government seeks a forfeiture money judgment against Defendant Beasley in the amount of One Hundred Seventeen Thousand Dollars ($117,000).

WHEREAS, the government agrees that if it is able to identify, seize and forfeit any assets to satisfy this money judgment, it will seek restoration of those assets to satisfy a restitution judgment from the Asset Forfeiture Money Laundering Section (AFMLS) of the Department of Justice.

WHEREAS, the government further agrees that if it is able to identify, seize and forfeit any assets to satisfy this money judgment, and Defendant Beasley's

conviction is overturned on appeal, the government will return the value of what was forfeited.

**NOW, THEREFORE**, pursuant to Fed. R. Crim. P. 32.2, based upon the Seventh Superseding Indictment, the finding by the jury that Defendant Beasley is guilty of Counts One  - Conspiracy to Commit Honest Services Mail and Wire Fraud pursuant to 18 U.S.C. § 1349, Count Two - Interference With Commerce by Extortion pursuant to 18 U.S.C. § 1951,  Count Four - Interference With Commerce by Extortion pursuant to 18 U.S.C. § 1951, and Count Seven - Acceptance of Bribes pursuant to 18 U.S.C. § 666(a)(1)(B) of the Seventh Superseding Indictment and other information in the record:

**IT IS HEREBY ORDERED AND ADJUDGED** that a money judgment in the total amount of One Hundred Seventeen Thousand Dollars ($117,000) in U.S. Currency is granted and entered against Defendant Beasley in favor of the United States of America on Count One  - Conspiracy to Commit Honest Services Mail and Wire Fraud pursuant to 18 U.S.C. § 1349, Count Two - Interference With Commerce by Extortion pursuant to 18 U.S.C. § 1951,  Count Four - Interference With Commerce by Extortion pursuant to 18 U.S.C. § 1951, and Count Seven - Acceptance of Bribes pursuant to 18 U.S.C. § 666(a)(1)(B) of the Seventh Superseding Indictment.

**IT IS FURTHER ORDERED** that the money judgment in the amount of One Hundred Seventeen Thousand Dollars ($117,000) in U.S. Currency may be satisfied, to whatever extent possible, from any property owned or under the control of Defendant Beasley.

**IT IS FURTHER ORDERED** that pursuant to Fed. R. Crim. P. 32.2, this Stipulated Preliminary Order of Forfeiture shall become the Final Order of Forfeiture and shall be made part of the sentence and included in the Judgment, and shall not be the subject of ancillary proceedings given that the forfeiture consists entirely of a money judgment.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

Approved as to substance and form:

BARBARA L. McQUADE
United States Attorney

s/Julie A. Beck                           s/Walter Piszczatowski (with consent)
Julie A. Beck                             Walter J. Piszczatowski, Esq.
Assistant United States Attorney          Attorney for Defendant
211 W. Fort Street, Suite 2001            1760 S. Telegraph Road, Suite 300
Detroit, Michigan 48226                   Bloomfield Hills, MI 48302
(313) 226-9717                            (248) 335-5000
julie.beck@usdoj.gov                      wallyp@hertzschram.com

Dated: April 7, 2015                      Dated: March 31, 2015


                                          s/Jeffrey Beasley (see attached)
                                          Jeffrey Beasley, Defendant

                                          Dated: March ___, 2015


*********************************************************************
**IT IS SO ORDERED.**


Dated: April 9, 2015           s/ Nancy G. Edmunds
                               HONORABLE NANCY G. EDMUNDS
                               United States District Court Judge

Approved as to substance and form:

BARBARA L. McQUADE
United States Attorney

_____

Julie A. Beck
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9717
julie.beck@usdoj.gov

Dated: March ___, 2015

Walter J. Piszczatowski, Esq.
Attorney for Defendant
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
(248) 335-5000
wallyp@hertzschram.com

Dated: March ___, 2015

_____
Jeffrey Beasley, Defendant

Dated: March ___, 2015

*********************************************************************
**IT IS SO ORDERED.**

Dated: _____       _____

HONORABLE NANCY G. EDMUNDS
United States District Court Judge

5