```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MICHIGAN
                    SOUTHERN DIVISION
```

UNITED STATES OF AMERICA,

        Plaintiff,

                        HONORABLE NANCY G. EDMUNDS

   v.

                        No. 12-CR-20030

D-1 JEFFREY BEASLEY,
D-4 PAUL STEWART,
D-5 RONALD ZAJAC,

        Defendants.
_____/

```
              JURY TRIAL - VOLUME 36

        Detroit, Michigan - December 8, 2014
```

APPEARANCES:

Robert P. Cares
David A. Gardey
Stephanie Dawkins Davis
U.S. Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226
313-226-9100
On behalf of Plaintiff

Walter J. Piszczatowski
Michael J. Rex
Hertz, Schram
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
248-335-5000
On behalf of D-1 Jeffrey Beasley

                               - - -

          Suzanne Jacques, Official Court Reporter
            email: jacques@transcriptorders.com

```
APPEARANCES(Continued):


Elliott S. Hall
400 Renaissance Center, 38th Floor
Detroit, MI 48243
313-568-6516
On behalf of D-4 Paul Stewart

Eric A. Ladasz
23936 Michigan Ave.
Dearborn, MI 48124
(313) 274-1890
On behalf of D-5 Ronald Zajac

David W. Jones
Allen Brothers
400 Monroe Street, Suite 220
Detroit, MI 48226
313-962-7777
Email: djones@allenbrotherspllc.com



         Proceedings recorded by mechanical stenography.
       Transcript produced by computer-aided transcription.

           Suzanne Jacques, Official Court Reporter
              email: jacques@transcriptorders.com

                           -    -    -
```

Jury Trial - Volume 36
Monday, December 8, 2014

I N D E X

Proceeding                                                           Page

Jury Verdict                                                          4

1              Detroit, Michigan

2              Monday, December 8, 2014

3              1:04 p.m.

4                         -  -  -

5              THE COURT:  Good afternoon.  Be seated.  Well, don't

6    be seated.  I'll pull the jury in.  We have a note from the

7    jury indicating that they've reached a verdict.

8              (Jury in 1:04 p.m.)

9              THE COURT:  Be seated.  Mr. Foreperson, I understand

10   that you've reached a verdict.  Is that correct?

11             THE FOREPERSON:  We have, Your Honor.

12             THE COURT:  Do you have your verdict form?

13             THE FOREPERSON:  I do.

14             THE COURT:  May I see it, please?

15             THE FOREPERSON:  Yes.

16             (Brief pause.)

17             THE COURT:  With your permission, I'll read the

18   responses, the verdict, to the assembled courtroom.  And let me

19   remind you, please, all, this is a court of law.  I know you'll

20   have emotional reactions to the verdicts.  You need to keep it

21   under control while you're in this courtroom.

22             We, the jury, after due deliberation, find the

23   following unanimous verdict on the charges in the indictment:

24             On Count 1, conspiracy, Jeffrey Beasley, guilty;

25   Paul Stewart, guilty; Ronald Zajac, guilty.

                  12-CR-20030    U.S.A. vs. Beasley, et al

Jury Trial - Volume 36
Monday, December 8, 2014

1              On Count 2, interference with commerce by extortion,
2    the birthday party, Jeffrey Beasley, guilty.
3              On Count 3, the Robert Shumake cash,
4    Jeffrey Beasley, not guilty.
5              On Count 4, interference with commerce by extortion,
6    the Syncom investment, Jeffrey Beasley, guilty.
7              On Count 5, interference with commerce in the
8    Chauncey Mayfield Las Vegas trip, Jeffrey Beasley, not guilty.
9              On Count 6, the Steven Burns, Townsend Group,
10   Jeffrey Beasley, not guilty.
11             On Count 7, the vacation to the Turks and Caicos
12   Islands, Jeffrey Beasley, guilty.
13             Carol, would you please poll the jury.
14             THE CLERK:  Juror number 1, was that and is that
15   your verdict?
16             JUROR NO. 1:  Yes.
17             THE CLERK:  Juror number 2, was that and is that
18   your verdict?
19             JUROR NO. 2:  Yes.
20             THE CLERK:  Juror number 3, was that and is that
21   your verdict?
22             JUROR NO. 3:  Yes.
23             THE CLERK:  Juror number 4, was that and is that
24   your verdict?
25             JUROR NO. 4:  Yes.

                    12-CR-20030   U.S.A. vs. Beasley, et al

```
 1              THE CLERK:  Juror number 5, was that and is that
 2  your verdict?
 3              JUROR NO. 5:  Yes.
 4              THE CLERK:  Juror number 6, was that and is that
 5  your verdict?
 6              JUROR NO. 6:  Yes.
 7              THE CLERK:  Juror number 7, was that and is that
 8  your verdict?
 9              JUROR NO. 7:  Yes.
10              THE CLERK:  Juror number 8, was that and is that
11  your verdict?
12              JUROR NO. 8:  Yes.
13              THE CLERK:  Juror number 9, was that and is that
14  your verdict?
15              JUROR NO. 9:  Yes.
16              THE CLERK:  Juror number 10, was that and is that
17  your verdict?
18              JUROR NO. 10:  Yes.
19              THE CLERK:  Juror number 11, was that and is that
20  your verdict?
21              JUROR NO. 11:  Yes.
22              THE CLERK:  Juror number 12, was that and is that
23  your verdict?
24              JUROR NO. 12:  Yes.
25              THE COURT:  Ladies and gentlemen, thank you for your
```

```
 1   attentive, patient, conscientious service in this case.  I know
 2   how hard you worked, I know how difficult this was for you, and
 3   you have done a great service by your attention and patience to
 4   the facts and argument in this case.
 5              I'll be happy to talk with you for a little bit,
 6   answer any questions that you have, but you don't have to wait
 7   around for me if you don't want to.  You're welcome to leave.
 8              You're also free to speak to anyone you want about
 9   this case.  It's often -- the attorneys often would like to
10   speak to you to get your input on some of the issues and some
11   of the things that went on during the trial.  You're welcome to
12   speak with them if you wish.  If you prefer not to, all you
13   have to say is, "I don't want to discuss it," and they won't
14   push you any further.
15              As I said, you're welcome to wait.  It will take me
16   a minute or two to finish up in here.  I thank you and I know I
17   speak on behalf of the government, defendants and all defense
18   counsel who thank you for being here every day, paying
19   attention, taking notes and talking through every bit of
20   evidence in this case before you reached your verdict.
21              None of us minimizes for a second how difficult this
22   was.  Thank you.  And you are excused.
23              THE CLERK:  All rise.
24              (Jury out 1:09 p.m.)
25              THE COURT:  You may be seated.
```

1               Mr. Stewart, Mr. Beasley, Mr. Zajac, you have all
2    been found guilty of some or all of the charges against you.
3               The next procedure would be to proceed to post-trial
4    motions and ultimately to sentencing, but I have no reason to
5    revoke your bond.  I'm going to let you stay on bond on the
6    same terms and conditions as you were pretrial pending
7    sentencing in this case.
8               MR. PISZCZATOWSKI:  Thank you, Your Honor.
9               MR. HALL:  Thank you, Your Honor.
10              MR. CARES:  Thank you.
11              THE COURT:  You are free to go.
12              MR. CARES:  Your Honor, we would ask that the
13   no-contact provision as to each of these defendants be removed.
14   It's no longer necessary.
15              THE COURT:  And I'll remove that.
16              We can give you a tentative sentencing date if you
17   want it.  Obviously, it's subject to change, but -- and a
18   referral to probation.
19              THE CLERK:  April 21st.  Do you want them all
20   separate or -- I'll call each of you and set a date.
21              MR. PISZCZATOWSKI:  Oh, okay.
22              THE COURT:  It will be sometime toward the end of
23   April.
24              MR. PISZCZATOWSKI:  Your Honor, with respect to a
25   Rule 33, I know it's a 14-day limitation.  Does -- I don't know

1   how the Court proceeds on that.  Do you want us to file some
2   type of bare bones motion and ask for an extension?  I don't
3   know that we're going to be able to have the entire motion
4   prepared within 14 days, and I don't know if the Court has the
5   authority at this juncture, or how you generally proceed in
6   that matter.
7               THE COURT:  File a bare bones motion with a one-page
8   brief, ask for an extension, it's no problem.  I'll be happy to
9   give it to you.
10              MR. PISZCZATOWSKI:  Thank you, Your Honor.
11              THE COURT:  All right.  Thank you.
12              Counsel, this was a very intense, very fraught, hard
13  case to try.  You all did a super professional job, and it was
14  a pleasure to have you here in my court.  I thank you for your
15  hard work in this matter.
16              And I'll tell the -- if you want to wait, I'll tell
17  the jurors again that they're welcome to speak with you if they
18  wish.
19              MR. JONES:  Will you let us know if they're okay
20  with that, or we just stay outside?
21              THE COURT:  You can just wait here, and, again, if
22  they say they don't want to talk, I promised them that they
23  don't have to.  But they're welcome to talk to you.  Sometimes
24  they want to, so I can't tell you.
25              I will tell you, I know, because the jury room is

1   accessible, that they worked very hard on this case.  I'm sure
2   you know that.  Thank you.
3           If you would wait in here, you're welcome to stay in
4   the courtroom.
5           (Proceedings adjourned at 1:12 p.m.)
6
7
8
9                          -  -  -
10              C E R T I F I C A T I O N
11  I, Suzanne Jacques, Official Court Reporter for the United
12  States District Court, Eastern District of Michigan, Southern
13  Division, hereby certify that the foregoing is a correct
14  transcript of the proceedings in the above-entitled cause on the
15  date set forth.
16
17
18  s:_____
19    Suzanne Jacques, RPR, RMR, CRR, FCRR
      Official Court Reporter
20    Eastern District of Michigan
21
22
23
24
25