AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JEFFREY BEASLEY | ) | Case No:  0645 2:12-CR-20030-001 |
| | ) | USM No:  46909-039 |
| Date of Original Judgment:  09/24/2015 | ) | |
| Date of Previous Amended Judgment: | ) | Fabian Renteria |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ **DENIED.**   ☑ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  09/24/2015  months **is reduced to**  108  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Counts 1, 2, 4 and 7: Pursuant to 18 U.S.C. § 3582(c)(2), the defendant is committed to the custody of the Bureau of Prisons for a term of <u>108</u> months, on all counts to run concurrently.
The remainder of the original sentence shall remain unaffected.

Except as otherwise provided, all provisions of the judgment dated  09/24/2015  shall remain in effect.
**IT IS SO ORDERED**.

| Order Date: | November 29, 2023 | s/Nancy G. Edmunds |
|---|---|---|
| | | *Judge's signature* |
| Effective Date: | February 1, 2024 | Nancy G. Edmunds, U.S. District Judge |
| | *(if different from order date)* | *Printed name and title* |