UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN


FILED
AUG 06 2025
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,       Case No.: 12CR20030-01

Plaintiff,       Hon. Nancy G. Edmunds

v.

JEFFREY W. BEASLEY

Defendant,

PRO SE MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW, the Defendant, Jeffrey W. Beasley, pro se, and respectfully moves this Honorable Court, pursuant to 18 U.S.C. § 3583(e)(1), to grant early termination of his supervised release. In support of this motion, Defendant states the following:

1. Mr. Beasley began serving his sentence at Federal Prison Camp Pensacola on January 16, 2016, and remained there without any disciplinary infractions until his transfer to home confinement on November 18, 2020.

2. He completed his term of home confinement without any incident on February 1, 2024, and began his term of supervised release, which was ordered to last for 36 months.

3. As of August 1, 2025, Mr. Beasley will have completed 18 months — half of his supervised release term.

4. During this entire period, Mr. Beasley has remained in full compliance with all conditions imposed by the Court and the United States Probation Office, and he has not incurred any violations or adverse reports.

5. Mr. Beasley has maintained steady, full-time employment for over four years at Florida A&M University (FAMU), his alma mater, demonstrating responsibility and successful reintegration into society. He has remained married for 33 years with 5 children, also FAMU graduates.

6.  He satisfies all the factors set forth for early termination. He has completed all his terms of supervision and has no need for programming or treatment. He has made progressive strides toward payment of his restitution obligation and will continue to do so even after supervision is completed. He had minimal special conditions and has fully complied with all of them. Notably, he has no conditions requiring any sort of programming or counseling, and none has been needed during the course of supervision.

7.  Pursuant to 18 U.S.C. § 3583(e)(1), the Court may terminate a term of supervised release after one year if satisfied that such action is warranted by the defendant's conduct and the interest of justice, upon consideration of the relevant factors under 18 U.S.C. § 3553(a).

8.  Mr. Beasley respectfully submits that continued supervision is not necessary to serve the goals of deterrence, public safety, rehabilitation, or any other § 3553(a) factor.

WHEREFORE, Defendant Jeffrey W. Beasley respectfully prays that this Honorable Court grant his motion and order an early termination of his supervised release, effective immediately or as the Court deems just and proper.

Respectfully submitted,

Jeffrey W. Beasley (Reg. No. 46906-039)
1608 Eagles Landing Blvd.
Apt. 63
Tallahassee, FL. 32308

Pro Se Defendant

Jeffrey W. Beasley
1608 Eagles Landing Blvd. #
Tallahassee, Fl 32308

RECEIVED
AUG 06 2025
CLERKS OFFICE
DETROIT

JACKSONVILLE RPDC 320
31 JUL 2025 PM 2 L

Hon. Nancy G. Edmunds
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 235
Detroit, MI 48226

48226-270099